**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HECTOR ALFONSO RITO REANOS,<br><br>                                    Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Warden of the Otay Mesa Detention Center, et. al.<br><br>                                    Respondents. | Case No.: 26-cv-1925-BJC-DEB<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On March 26, 2026, Petitioner Hector Alfonso Rito Reanos, a citizen of Mexico, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Petitioner contends he has resided in the United States continuously for over 25 years, was taken into custody on January 22, 2026, and denied bond because he was considered an applicant for admission. *Id*. ¶¶ 41, 42, 45, 46. He seeks release or, alternatively, a bond hearing under 8 U.S.C. § 1226(a). *Id*. at 12. On April 9, 2026, Respondents filed a return in which they contend they do "not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a) at which Petitioner bears the burden to demonstrate by clear and convincing evidence that they are not a danger to the community or a flight risk." ECF No. 7. Petitioner did not file a traverse.

1

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Respondent shall hold a bond hearing within fourteen days of this order and cannot deny bond at the hearing based on 8 U.S.C. § 1225.  Respondents are enjoined from transferring Petitioner before a bond hearing takes place.  Petitioner's request for attorneys' fees and costs is DENIED without prejudice to Petitioner filing an appropriate application for fees. The Clerk of Court shall close this matter.

**IT IS SO ORDERED**.

Dated:  April 23, 2026

Honorable Benjamin J. Cheeks
United States District Judge

2

26-cv-1925-BJC-DEB